STATE of Missouri, ex rel., Janet M. KREUTZ, Relator–Respondent,

v.

Eileen Davis YOUNG, Respondents–Appellants,

and

Theodore Hoskins, Respondents–Appellants.

No. 74008.

Missouri Court of Appeals, Eastern District, Division Three.

June 23, 1998.

Application to Transfer Denied Sept. 22, 1998.

Metropolitan St. Louis Legal Services Corp., P.C., Elbert A. Walton, Jr., St. Louis, for Eileen Davis Young.

Law Offices of Rick Barry, P.C., Rick Barry, St. Louis, for Janet Kreutz.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

*ORDER*

PER CURIAM.

Officials of the City of Berkeley appeal judgment in mandamus that the city hold a recall election for Mayor Theodore Hoskins on August 4, 1998.

The judgment is supported by substantial evidence. No error of law appears. An extended opinion would have no precedential value. A memorandum opinion has been provided to the parties for their information only. We affirm. Rule 84.16(b).

---

1. We added the emphasis.